■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN L. FAVREAU, Appellant. [892 NYS2d 807]

Defendant pleaded guilty to grand larceny in the fourth degree in satisfaction of a six-count indictment returned against defendant and a codefendant, in which defendant was charged with three counts—grand larceny in the fourth degree, criminal possession of stolen property in the fourth degree and conspiracy in the fifth degree. He was sentenced according to the plea agreement to a term of imprisonment of 2 to 4 years and ordered to pay restitution jointly and severally with his codefendants in the amount of $1,941.95. Defendant now appeals.

We affirm. Despite some initial confusion, County Court

---

clearly informed defendant at sentencing of the specific amount of restitution to be paid. Defendant therefore waived his challenge to the restitution order by failing to either request a hearing or challenge the amount of restitution at sentencing (*see People v Milazo*, 33 AD3d 1060, 1061 [2006], *lv denied* 8 NY3d 883 [2007]). In any event, contrary to defendant's contention, a restitution hearing was not required here as the record evidence of the property stolen and its corresponding value supports the amount of restitution ordered (*see People v Golgoski*, 40 AD3d 1138, 1138 [2007]; *People v Drew*, 16 AD3d 840, 841 [2005]).

Cardona, P.J., Spain, Malone Jr., Kavanagh and Garry, JJ., concur. Ordered that the judgment is affirmed.